# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY PRATT, | : | Civil No. 3:19-cv-290 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DEPARTMENT OF JUSTICE, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 29th day of June, 2021, upon consideration of Defendants' motion (Doc. 31) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 31) is **GRANTED**. The complaint is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge